No. 725. OCEAN ACCIDENT & GUARANTEE CORP. *v.* SOUTHWESTERN BELL TELEPHONE Co. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John T.*

*Harding* and *D. A. Murphy* for petitioner. *Messrs. Walter A. Raymond* and *Fenton Hume* for respondent.

